UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-61175-cv-WILLIAMS/SELTZER

KENNETH SALAZAR,                                :

     Plaintiff,                                         :

                                           :

v                                                              :

CITY OF HALLANDALE BEACH,                 :
a Florida Municipal Corporation,                 :
and JOSUE HERNANDEZ, an individual,  :

     Defendants.                                      :
_____/

## VERDICT FORM

1.    **Do you find by the preponderance of the evidence on Plaintiff Kenneth Salazar's <u>federal claim for false arrest without probable cause:</u>**

That the Defendant, Josue Hernandez, intentionally committed acts that violated Plaintiff Kenneth Salazar's federal constitutional right not to be arrested without probable cause?

Circle:      Yes  or  (No)

2. **Do you find by the preponderance of the evidence on Plaintiff Kenneth Salazar's <u>state law claim for false arrest:</u>**

That Defendant Josue Hernandez, falsely arrested Plaintiff, Kenneth Salazar, in violation of Florida law?

Circle:    (Yes)    or    No

[Note:    If you answered "No" to Question No. 2, skip Question 3 and proceed to Question 4.]

3. **Do you find by the preponderance of the evidence on Plaintiff Kenneth Salazar's <u>state law claim for malicious prosecution:</u>**

That Defendant Josue Hernandez, maliciously instituted a criminal proceeding against Plaintiff, Kenneth Salazar, in violation of Florida law?

Circle:    (Yes)    or    No

4.    **Do you find by the preponderance of the evidence on Plaintiff Kenneth Salazar's <u>federal claim for use of excessive or unreasonable force:</u>**

That Defendant, Josue Hernandez, intentionally committed acts that violated Plaintiff Kenneth Salazar's federal constitutional right not to be subjected to excessive or unreasonable force while being arrested by a law enforcement officer?

Circle:      (Yes)   or    No

5.    **Do you find by the preponderance of the evidence on Plaintiff Kenneth Salazar's <u>state law claim for battery:</u>**

Circle:    (Yes)   or    No

[Note:     If you answered "No" to all the above questions, skip the remaining questions and have the foreperson sign this verdict form at the bottom of the next page. If you answered "Yes" to any of the above questions, please proceed to Question 6.]

**6.     Do you find by the preponderance of the evidence that the Plaintiff Kenneth Salazar should be awarded damages to compensate him for**

Any injury to his reputation or health, and any shame, humiliation, physical or emotional pain, mental anguish and hurt feelings experienced in the past, or to be experienced in the future.

Circle:  (Yes)  or   No

If your answer was "Yes," in what amount?  $75,000.$^{00}$


The reasonable expenses, including lawyers' fees, necessarily incurred by KENNETH SALAZAR in the proceeding complained of.

Circle:   (Yes)  or   No

If your answer was "Yes," in what amount?  $6521.$^{72}$


The reasonable cost of KENNETH SALAZAR's medical care.

Circle:  (Yes)  or   No

If your answer was "Yes," in what amount?  ~~$420~~

$170.$^{00}$

4

Any damage to his clothing or eyeglasses.

Any expense to KENNETH SALAZAR for towing or storage charges incurred as a result of his arrest. during the period reasonably required as a result of his arrest.

Circle:   (Yes)   or   No

$ 1 1 3.⁴⁴

If your answer was "Yes," in what amount? ___ $ 250.⁰⁰

$ 363.⁴⁴ total

[Note:     If you answered "No" to Questions No. 1, 3, 4 and 5, skip Question 7 sign and date your verdict. If you answered "Yes" to either Question 1, 3, 4 or 5, then answer the following question.]

**7.     Do you find by the preponderance of the evidence that punitive damages should be assessed in favor of the Plaintiff, Kenneth Salazar, and against the Defendant, Josue Hernandez, individually?**

Circle:   Yes   or   (No)

If your answer was "Yes," in what amount? _____

SO SAY WE ALL.

_____
( Foreperson

DATED: 12/18/13

_____
Foreperson printed name